**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

ANDRIO VERANO,

      Petitioner,

v.                            CASE NO.  4:15cv518-RH/EMT

STATE OF FLORIDA et al.,

      Respondents.

_____/

## ORDER OF DISMISSAL

      This case is before the court on the magistrate judge's report and recommendation, ECF No. 12, and the petitioner's "affidavit of notice of default," ECF No. 13.  I have reviewed the matter de novo.

      The recommendation is for dismissal for failure to abide an order of the court.  The petitioner has made clear that he will not comply with the court's orders.  No sanction short of dismissal will be sufficient to bring about compliance.  The petitioner has been given repeated opportunities to comply but has steadfastly refused to do so.  Enough is enough.

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on April 16, 2016.

s/Robert L. Hinkle_____
United States District Judge